### File Hashes for IP Address 68.44.20.131

**ISP:** Comcast Cable
**Physical Location:** East Brunswick, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/05/2014 07:46:16 | 028F8E91FB435AB888FB06BEDD0C7C1AAF877B0A | Risky Business |
| 05/23/2014 06:34:24 | FFE24D4FE2F6CFB764D826F4DB60B60A3B23FEC0 | Playing Dress Up |
| 04/23/2014 03:38:47 | 3EB13BD996192F2EC399931FF47FAA0FE69284C1 | Featherlight |
| 04/23/2014 02:09:30 | 80A3176D85D32C18D0A990E2AA11CDCF68AA625D | Catching Up |
| 04/21/2014 05:03:41 | 8E8F2B5701FDFD5BED87DA48A4137756BCB6DBD4 | Come Inside From the Cold |
| 02/10/2014 03:59:34 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 02/10/2014 03:51:04 | F7465EBED499A1C92C85688D473EAF64B6362FBA | A Hot Number |
| 02/10/2014 03:29:06 | D51CE6549254438B966379BC89C34D6218AF8F5D | Three Way is the Best Way |
| 02/10/2014 03:06:44 | 4D7BDD3E18D6C8918B66D2E597843CCA597FCCA6 | Pretty Little Belle |
| 01/19/2014 02:55:59 | 90051F4F8BF4E74DB827E0F2127942EA9932EB9B | Mile High Club |
| 01/19/2014 02:43:34 | E5E2D460CE30899508B5E25205738A8A8A6666E7 | Zeppelin on Fire |
| 12/31/2013 04:02:32 | B2D808E8260CB9D92D0E6A6550A3BE3686A6F9B0 | I Want to Tell You |
| 12/31/2013 03:08:58 | 83E3175D90F0233DA0A3B700AAB14ACEB7BE121C | No Turning Back Part #1 |
| 12/31/2013 02:57:32 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 12/20/2013 07:37:31 | A864021C51F93C83D98B9B079AB1EC2BE3C8881D | In Charge |
| 12/15/2013 00:44:03 | 738503520F4E2C8E64ED2C125E4D947E72C66777 | Many Shades of Grey |
| 12/08/2013 05:06:02 | 7259CAE8ECEE1C7F9C9B475DFF29F236C9108F21 | High School Dropouts |
| 12/08/2013 04:31:59 | 14B5574C0E73CDCCDE75D43CA9E6029A6694F8A8 | So Right Its Wrong |
| 11/23/2013 04:18:00 | DAC9473E2B5C64D6ED0838A48CB571795B1054F7 | Starting Over |
| 11/16/2013 08:41:16 | A86EA62D33195C068D558B1354FBCC2B1A4498D9 | We Love Ourselves |
| 11/08/2013 02:19:45 | 5D176A3BD0DD8A9FF1B66CDC3589BF32640DBF8E | Blindfold Me Part #2 |
| 11/07/2013 06:59:08 | 0E361721EC400D8CE3D621F038CE0293FB4B1E1A | Triple Threat |

EXHIBIT A

CNJ79

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/02/2013 04:17:28 | 213A49E4D18EC4A3AC82E8057FE063C8479326FA | The Journey |
| 10/26/2013 07:21:27 | BA510602415CA2D79968F175C3C6114450B0F365 | Malibu Moments Part #2 |
| 10/26/2013 03:01:04 | 74E94259DDBAA6406EF240551A1C3EE6BD45DB08 | Grow Up With Me |
| 10/11/2013 03:17:08 | FFBDAD43FCF39BB8C58A37B760EFC15965E9BC27 | Truth or Dare |
| 09/26/2013 01:17:23 | 28A5AACED080B7499AD51B6B88EDB66386A58713 | Late for Work |
| 09/25/2013 05:52:06 | 125473A2F0962E1613A37C90BBEC10F38911938E | Bad Girls |
| 09/23/2013 02:14:26 | 2D7B8E2A08C5A3DF62BC69C305C43F348D791986 | First and Forever |
| 09/15/2013 17:47:56 | 15BA17CD92174349B7AF63FCF8FCDFDD434EC9DA | Hot Chocolate |
| 09/15/2013 04:57:05 | 84E50974FDDE4017B5823D46A53AA58370F4C845 | Spontaneous |
| 09/14/2013 08:18:38 | 71EF923E84BD33B9D86E6422547CABE35D70B1A0 | Sacred Romance |
| 09/09/2013 09:23:09 | 854A2A259792C68E63F43AA88D40D89AA800A0C6 | Made for Each Other |
| 09/06/2013 01:38:52 | 2B60C674509D9148431B7C4C1C7552B228DF92AC | This Really Happened |
| 09/06/2013 01:24:32 | 6B5F2A4C794F6C8873853DC33189B5545DAE2C2D | Introducing Kiki |
| 06/14/2013 03:35:31 | 24AC57A3D0FE1F9A4F764BF24D3C76B14813999B | Black and White |
| 06/14/2013 02:04:02 | 541D7A68C2D86B2F9B9BCFFD18EBFBAE30E15C36 | Good Morning Baby |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

CNJ79