**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                  Civil Action No.  2:14-cv-03931-CCC-MF

JOHN DOE, subscriber assigned IP address
68.44.20.131,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 68.44.20.131.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 30, 2014

                                                                    Respectfully submitted,

                                                                    By:   /s/ *Patrick J. Cerillo*
                                                                    Patrick J. Cerillo
                                                                    pjcerillolaw@comcast.net
                                                                    4 Walter Foran Blvd.
                                                                    Suite 402
                                                                    Flemington, NJ 08822
                                                                    Telephone:  (908) 284-0997
                                                                    Facsimile:  (908) 284-0915
                                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: _/s/ *Patrick J. Cerillo*_____
                  Patrick J. Cerillo